B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF PUERTO RICO

In re ROBERTO ORTIZ RODRIGUEZ ;  Case No. 10-03271 MCF13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BPPR SERV. FOR WESTERNBANK PR | DORAL BANK |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BPPR Mortgage Servicing Dpt (762) PO Box 362708 San Juan, PR 00936-2708.
Creditor Number 304027

Phone: 787-775-1100
Last Four Digits of Acct #: 2442

Court Claim # (if known): 6
Amount of Claim: $94,424.55
Date Claim Filed: 05/28/2010

Phone: 787-474-6635
Last Four Digits of Acct. #: 5293

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 5-23-2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.